IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN    DIVISION

Patricia A. Hays

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Dollar General Corporation

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. ~~28E 2018 01644~~

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.  ☒ Yes  ☐ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Patricia A. Hays
Street Address: 446 Loose Creek Highway, Lot 41
City and County: Loose Creek, Osage
State and Zip Code: MO, 65054
Telephone Number: 660-342-0122
E-mail Address: Hackersarehorriblepeople@gmail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Camille Villalobos ~~Dollar General Corporation~~
Job or Title (if known): Manager
Street Address: 193 Mill Lane
City and County: Westphalia, Osage
State and Zip Code: MO 65085
Telephone Number: 573-455-2516
E-mail Address (if known):

Defendant No. 2
Name: Mary Jane Reed
Job or Title (if known): District Manager
Street Address: 193 Mill Lane
City and County: Westphalia, Osage

2

RE: Patricia Hays vs. DOLLAR GENERAL
E-06/18-49571 28E-2018-01091C

#2 DOLLAR GENERAL
193 Mill Lane
Westphalia, MO 65085

#1 ~~Meghan Blackwell, Paralegal, Labor and Employment~~
DOLLAR GENERAL CORPORATION
100 Mission Ridge
Goodlettsville, TN 37072

~~David J. Moen
ATTORNEY AT LAW
621 E. McCarty Street, Suite A
Jefferson City, MO 65101~~

State and Zip Code MO 65085

Telephone Number 573-455-2516

E-mail Address
(if known)

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name Dollar General Corp.

Street Address 193 Mill Lane

City and County Westphalia, Osage

State and Zip Code MO 65085

Telephone Number 573-455-2516

## II. Cause of Action

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law (specify the federal law): Failure to follow public policy / wrongful discharge

☐ Missouri Human Rights Act, Missouri Revised Statute § 213.055

☐ Other state law (specify, if known): _____

☐ Relevant city or county law (specify, if known): _____

## III. Administrative Procedures

A. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes  Date filed: 6-11-2018
☐ No

*Attach copy of the charge to this Complaint*

B. Have you received a Notice of Right-to-Sue Letter from the Equal Employment Opportunity Commission?

☒ Yes  ☐ No

*If yes, please attach a copy of the letter to this Complaint.*

C. Did you file a charge of discrimination against Defendant(s) with the Missouri Commission on Human Rights?

☒ Yes  Date filed: 6-11-2018
☐ No

*Attach copy of the charge to this Complaint*

D. Have you received a Notice of Right-to-Sue Letter from the Missouri Human Rights Commission?

☒ Yes  ☐ No

*If yes, please attach a copy of the letter to this Complaint.*

4

E. If you are claiming *age discrimination*, check one of the following:

[X] 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

[X] fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission

## IV. Statement of Claim

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [X] Termination of my employment.
- [X] Failure to promote me.
- [X] Failure to accommodate my disability.
- [X] Unequal terms and conditions of my employment.
- [X] Retaliation.
- [X] Harassment/Hostile Work Environment
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on the following date(s):

March 3, 2018, February 27, 2018, & March 19 2018

C. I believe that defendant(s) *(check one)*:

[X] is/are still committing these acts against me.
[X] is/are not still committing these acts against me.

5

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [x] age. My year of birth is __1962__. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* in addition I have Schizoaffective disorder, rheumatoid arthritis

E. Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

#1 EPA VIOLATION?

- What happened to you? #2 ADA VIOLATION DISCRIMINATED AGAINST MY AGE/DISABILITY, WRONGFUL TERMINATION #3 #4 FAILURE TO FOLLOW PUBLIC POLICY
- What injuries did you suffer? LOST BENEFITS, INCOME, PRIDE, DEPRESSION
- Who was involved in what happened to you? DOLLAR GENERAL EMPLOYEES AT WESTPHALIA MO + ABOVE MANAGEMENT
- How were the defendants involved in what happened to you? HARASSMENT, UNFAIR TREATMENT AT WORK #5 RETALIATION
- Where did the events you have described take place? ~~AT WORK & AT HOME~~ MOSTLY AT WORK SOME IN PUBLIC + AT HOME
- When did the events you have described take place? JANUARY 2018 - TO CURRENT

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

#1 EPA VIOLATION - DID NOT RECIEVE EQUAL PAY
#2 ADA VIOLATION - STATED I NEEDED BREAKS AT FIRST JOB LOCATION, ALWAYS RECEIVED AT EVERY LOCATION TILL IN JAN 2018 WESTPHALIA, MO 65085 MANAGER TOOK AWAY STATED "15 MINUTE BREAKS DIDN'T EXIST," MADE IT IMPOSSIBLE FOR ME TO WORK TO FULL POTENTIAL

6

#3 AGAINST MY AGE - NEEDED REST PERIODS TO TAKE MY MEDICATION, REST MY MIND, REST MY BODY. WAS OLDEST EMPLOYEE WHEN FIRED, MADE NEGATIVE REMARKS ON MY JOB PERFORMANCE BUT WAS COMPARING ME TO 20 year old male.

AGAINST MY DISABILITY - MADE NEGATIVE COMMENTS ABOUT HOW I SWEATED. SWEATING WAS CAUSED BY MY MEDICATION I TAKE FOR MY DISABILITY, TOOK AWAY MY BREAKS BECAUSE THEY KNEW I NEEDED THEM TO PERFORM & DO MY JOB RIGHT - THUS DISABLING ME EVEN MORE

#4, WRONGFUL TERMINATION - STATED VARIOUS REASONS WHY FIRED
   1st - REASON - LOCKED DOOR 7 MINUTES EARLY
   2nd DETAINED A SHOPLIFTER WHILE WAITING FOR DEPUTY TO ARRIVE
   3rd - WRONGFUL CONDUCT

1) ALL Keyholders have LOCKED DOORS EARLY STILL HAVE THEIR JOBS
2) I HAD CAUGHT MANY SHOPLIFTERS ALWAYS WAITED FOR POLICE TO ARRIVE - DEPUTY TOOK APPROXIMATELY 1 HOUR+
3) I NEVER HAD A COMPLAINT ABOUT MY CONDUCT - SHE JUST RAN OUT OF GOOD REASONS

#5) FAILURE TO FOLLOW PUBLIC POLICIES, SCHEDULED ME 8-10 HOUR SHIFTS ALONE COULD NOT TAKE 15 MINUTE PAID BREAKS OR UNPAID LUNCH BREAKS AGAINST THE LAW & DOLLAR GENERAL CORPORATIONS POLICIES

_____
_____
_____

### V. Relief

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

- [ ] Defendant be directed to employ Plaintiff
- [x] Defendant be directed to re-employ Plaintiff
- [x] Defendant be directed to promote Plaintiff
- [x] Defendant be directed to reinstate lost benefits
- [x] Monetary damages (please explain): $2,000,000.00 APPROXIMATELY
- [x] As additional relief to make Plaintiff whole, Plaintiff seeks (please specify and explain):

REPLACE LOST WAGES, WAS TO BE INTERVIEWED FOR MGMT. POSITION THE NEXT WEEK, I'M OVERLY QUALIFIED

### VI. Certification and Closing

MY DISABILITY STOPS ME BECAUSE OF MY INABILITY TO COMPETE WITH OTHERS ITS PERMANENT BUT I SHOULD HAVE BEEN GIVEN THE CHANCE TO TRY.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-6, 2019

Signature of Plaintiff: Patricia A Hay

Printed Name of Plaintiff: _____

7